AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

MIGUEL REYES
315 Summer Street, Apt. 3
New Bedford, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1781-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 2, 2004 in Bristol county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

after having been convicted of a crime punishable by imprisonment for a term exceeding one year, possess in and affecting commerce, a firearm and ammunition, that is, a Smith & Wesson Model SW380 .380 caliber pistol bearing serial number RAF0363, and 4 rounds of .380 caliber ammunition

in violation of Title 18 United States Code, Section(s) 922(g)(1)

I further state that I am a(n) ATF Special Agent and that this complaint is based on the following
                                 Official Title

facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

6-21-04                                at       Boston, Massachusetts
Date                                                     City and State

Charles B. Swartwood III
United States Magistrate Judge
Name & Title of Judicial Officer                         Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.