04-1781-CBS

# AFFIDAVIT

I, Stephanie Schafer, being duly sworn, do depose and state that:

## I. Introduction

1) I am employed as a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed for approximately four and a half years. I am currently assigned to Boston Group IV, which investigates firearms related activities in the eastern portion of Massachusetts.

2) I am submitting this affidavit in support of an application for a complaint and arrest warrant for Miguel REYES a/k/a Angel REYES (year of birth: 1970) ("REYES") for violation of 18 U.S.C. 922(g)(1) (felon in possession of a firearm and ammunition) and also in support of an application for a search warrant for the premises at 315 Summer Street, Apt. 3, New Bedford, Massachusetts.

3) The information set forth in this affidavit is based on my personal knowledge and investigation, my review of REYES' criminal record, my experience, and consultation with other experienced investigators and agents.

4) This affidavit is being submitted for the limited purpose of establishing probable cause to believe that: (a) on June 2, 2004,

1

REYES, having previously been convicted of a crime punishable by a term of imprisonment of more than one year, possessed a firearm and ammunition in and affecting interstate commerce and; (b) located on the premises of 315 Summer Street, Apt. 3, is evidence of a crime, contraband, fruits of crime, or other items illegally possessed, relating to a violation of 18 U.S.C. 922(g)(1). Accordingly, I have not included each and every fact known to me and other law enforcement officers involved in this investigation, but only those facts that I believe are necessary to establish the requisite probable cause.

II. **Possession of a firearm and ammunition**

5)   On June 2, 2004 a reliable cooperating witness ("CW") arranged for the purchase of a .380 pistol from REYES, whom the CW knows personally. The CW has previously provided reliable information that has assisted law enforcement in obtaining search warrants for narcotics. The CW has been convicted of assault and battery, trafficking of Class A & B controlled substances, possession of a firearm, knowingly receiving stolen property, and several motor vehicle violations.

6)   The CW advised me in May 2004 that the CW had spoken with REYES and REYES said he (REYES) had two .380 pistols and would sell one of them, but wanted to keep the other one for himself. On June 2, 2004 the CW was searched by Special Agent Brendan Hickey to ensure that the CW was not in possession of a firearm, narcotics or other contraband. The CW was then outfitted with

electronic monitoring and recording equipment. The CW was given $400 in agent cashier funds and provided with an undercover vehicle to drive. The CW made a telephone call to REYES in my presence and arranged to purchase a firearm for $400 from REYES at REYES' residence, which REYES told the CW was 315 Summer Street, New Bedford. This telephone call was not recorded because of feedback on the line when monitoring equipment was attached.

7) The CW was followed to 315 Summer Street, where he/she received a telephone call from REYES asking where he/she was. The CW told REYES he/she was right outside and a short while later REYES was observed and videotaped leaving 315 Summer Street and entering the undercover vehicle to meet with the CW. Their conversation could be heard over the wire and was recorded. REYES told the CW that the CW could not tell anyone that REYES sold the CW the gun, and that he (REYES) could get 15 years in prison if he got caught. REYES described the gun as brand new with a "clip" that held 5 rounds of ammunition. REYES also told the CW that it was the kind of gun that doesn't jam. REYES said he had more ammunition for the gun, but couldn't find it.

8) We then followed the CW back to a pre-arranged meeting location where the CW turned over a Smith & Wesson Model SW380 .380 caliber pistol bearing serial number RAF0363. In addition, the magazine for the firearm held 4 rounds of .380 caliber ammunition. The CW said he/she purchased the firearm and

ammunition from REYES for $400.

9) On June 3, 2004 this affiant test fired the .380 pistol purchased from REYES successfully.

### III. Interstate commerce

10) According to ATF Special Agent Angelo Thurman, who has been trained as an interstate nexus expert, both the firearm and ammunition described in paragraph 9 above were manufactured outside of the Commonwealth of Massachusetts and therefore, the firearm and ammunition possessed by REYES traveled in interstate commerce before June 2, 2004.

### IV. Felony conviction

11) REYES has several convictions including: a) in 1998 in Bristol Superior Court in New Bedford, Massachusetts for possession of a firearm, for which he was sentenced to 3 years to 3 years and 1 day imprisonment; b) in 1997 in Plymouth Superior Court in Plymouth, Massachusetts, for distribution of a Class A controlled substance, to wit, heroin, for which he was sentenced to 26 to 27 months imprisonment; and c) in 1991 in Bristol Superior Court, two cases of armed robbery for which he was sentenced to 9 to 10 years imprisonment in each case.

### V. Premises to be searched

12) The premises to be searched is Apt. 3 at 315 Summer Street, New Bedford, Massachusetts, which is more particularly described as follows: 315 Summer Street is a three-story multi-family structure with yellow aluminum siding and white trim. The number

"315" is located directly underneath the threshold of the front door. There is a porch with white pillars on the front of the house on both the first and second floors. There is a side/back entrance door on the south side of the residence behind a chain link fence and next to a yellow storage shed. Apartment 3 is the top floor of the house.

VI. **Facts supporting search**

13) As noted in paragraphs 5, 6, and 7 above, REYES told the CW to come to his residence at 315 Summer Street for the transaction and was observed and videotaped leaving 315 Summer Street. Additionally, REYES told the CW that he (REYES) would sell one .380 pistol but was keeping one .380 pistol for himself. During the transaction, REYES said that he had additional ammunition for the weapon but that he could not find it.

14) The CW also advised me that a minute or two prior to meeting with REYES on June 2, 2004, a woman who the CW believes to be REYES' girlfriend, arrived at 315 Summer Street in a tan Nissan Altima bearing Massachusetts registration 89XT03. REYES was observed leaving in the same car after the gun sale. The car is registered to a Wendy BRITTO, year of birth 1968, at an address of 315 Summer Street, New Bedford, Massachusetts. An online check of the AutoTrack database system shows Wendy BRITTO living at 315 Summer Street, and more specifically, 315 Summer Street, Apt. 3 in April 2001 and again at 315 Summer Street as late as June 2004. The CW knows REYES to live with his girlfriend.

15) A utilities check on June 17, 2004 of 315 Summer Street revealed that the 3rd floor apartment is rented to a Robert BRITTO.

16) On June 18, 2004, the New Bedford police spoke to the landlord of 315 Summer Street and he confirmed that a female who drives a tan Altima lives in the 3rd floor apartment. The detective said the name "Wendy Britto" and the landlord stated that he believed that was her name.

17) Based on my experience as an ATF Special Agent, I know that those who own and possess firearms generally maintain possession for a long time. Persons who own or possess firearms generally keep them on their person and in their residence because firearms are somewhat expensive and do not easily wear out. In my experience, firearms are unlike narcotics or currency, which are often depleted or exchanged soon after being obtained. Firearms are similar to tools, which a householder buys and maintains over a long period of time.

18) I have participated in or have knowledge of the execution of many search warrants for firearm violations. Based on this experience, I know that most people store their firearms in their homes; that persons who possess firearms usually possess other items related to firearms, such as: gun cases, ammunition, ammunition magazines, holsters, spare parts, cleaning equipment, records relating to the purchase, transportation, possession or transfer of those items, as well as photographs of firearms. It

has also been my experience that persons maintain firearms along with ammunition for the firearms in a location to afford ease of access and to provide security.

19)   Also, based upon my training and experience, I know that persons possess in their residences, over which they have dominion and control, documents that indicate their occupancy, residency, rental and/or ownership such as: mail, checkbooks, identification, notes, correspondence, utility bills, telephone bills, rent receipts, payment receipts, financial documents, keys, photographs, leases, mortgage bills, vehicle registration information, ownership warranties, receipts for vehicle parts and repairs, and/or telephone answering machine introductions.

20)   Based on the information contained in the foregoing paragraphs, there is probable cause to believe that: (a) on June 2, 2004, in New Bedford, Massachusetts, Miguel REYES, a/k/a Angel REYES, having previously been convicted of a crime punishable by

a term of imprisonment of more than one year, possessed a firearm and ammunition in and affecting commerce, in violation of 18 U.S.C. 922(g)(1); and (b) at 315 Summer Street, Apartment 3, New Bedford, Massachusetts, there is evidence of a crime, contraband, fruits of crime, or other items illegally possessed, relating to this violation.

_____
Stephanie Schafer
Special Agent
Department of Justice
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn and subscribed to before me
on this 21st day of June, 2004

_____
CHARLES B. SWARTWOOD III
UNITED STATES MAGISTRATE JUDGE

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

Place of Offense: New Bedford    Category No. II    Investigating Agency ATF

City New Bedford

County Bristol

Related Case Information:

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  Miguel Reyes     Juvenile [ ] Yes [X] No

Alias Name  Angel Reyes

Address  315 Summer Street, Apt. 3, New Bedford, MA

Birth date (Year only): 1970  SSN (last 4 #): 3083  Sex M  Race: Hispanic  Nationality: _____

Defense Counsel if known: _____ Address: _____

Bar Number: _____

## U.S. Attorney Information:

AUSA  Sandra S. Bower     Bar Number if applicable  0787700

Interpreter: [ ] Yes [X] No    List language and/or dialect: _____

Matter to be SEALED: [X] Yes [ ] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

## Location Status:

Arrest Date: _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

Charging Document: [X] Complaint [ ] Information [ ] Indictment

Total # of Counts: [ ] Petty _____ [ ] Misdemeanor _____ [1] Felony

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 21, 2004    Signature of AUSA: *Sandra S. Bower*

%JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Miguel Reyes

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 922(g)(1) | felon in possession of firearm/ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

js45.wpd - 1/15/04 (USAO-MA)