UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )     Case No. 04-1781-CBS
                              )
MIGUEL REYES                  )
                              )

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint, arrest warrants, and supporting affidavit in this matter. As grounds for this motion, the government states that disclosure of these materials will no longer jeopardize the ongoing investigation of this case and related cases.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _S S Bower / JMC_
SANDRA S. BOWER
Assistant U.S. Attorney
(617) 748-3100

6-24-04
allowed
[signature]