AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

UNITED STATES

V.

Miguel Reyes

**EXHIBIT AND WITNESS LIST**

Case Number: 04-1781-CBS

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>Peabody | DEFENDANT'S ATTORNEY<br>Kelly |
|---|---|---|
| TRIAL DATE (S)<br>6/29/2004 | COURT REPORTER<br>2:55 pm | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 6/29/2004 | | | Agent Stephanie Schafer |
| | | | | | |
| | | | | | Exhibit |
| 1 | | 6/29/2004 | | X | Complaint and Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages