AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

MIGUEL REYES
315 Summer Street, Apt. 3
New Bedford, MA

## WARRANT FOR ARREST

CASE NUMBER: 04-1781-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ MIGUEL REYES ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [✓] Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm and ammunition affecting interstate commerce

in violation of
Title __18__ United States Code, Section(s) __922(g)(1)__

CHARLES B. SWARTWOOD III
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

6-21-04 @ Boston, Mass.
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
WARRANT EXECUTED BY
ARREST ARRAIGNMENT OF THE
DEFENDANT ON 06/24/2004

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Miguel Reyes

ALIAS: Angel Reyes

LAST KNOWN RESIDENCE: 315 Summer Street, Apt 3, New Bedford, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1970

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 3083

| HEIGHT: 5'5" | WEIGHT: 185 lbs |
|---|---|
| SEX: male | RACE: Hispanic |
| HAIR: brown | EYES: brown |

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 232002HA7

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Bureau of Alcohol, Tobacco, Firearms and Explosives

Boston Field Division, 10 Causeway Street, Room 701, Boston, MA 02222